IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB 22 A 11: 12

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr48-VPM |
| | ) | (18 U.S.C. 641) |
| EARLENE V HAWLEY | ) | |
| | ) | |
| | ) | INFORMATION |
| | ) | |

The United States Attorney charges:

COUNT

On or about the 19th day of December 2005, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **EARLENE V HAWLEY** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*[signature]*
NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787


| STATE OF AMERICA | ) | |
|---|---|---|
| | ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) | |
| | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 19 December 2005, via closed circuit video monitors, I observed EARLENE V HAWLEY pick two reflective leg bands and place them in her purse. HAWLEY continued to shop before going through checkout. At checkout, HAWLEY paid for several items, but not the two reflective leg bands that she had placed in her purse. HAWLEY then left the store. I detained her in the lobby and escorted her to the manager's office. Security forces responded. HAWLEY gave permission to search her purse and within it was found the two reflective leg bands. The value of the leg bands was $4.25 each. The total value of the items that HAWLEY left the store without paying for was $8.25.

*[signature]*
ROBERT SMITH

Subscribed and sworn to before me this 30 day of January, 2006.

*[signature]*
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 20, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

ANNA M. HAMBLIN
Notary Public
STATE OF ALABAMA