IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                                                    )
v.                                                   )              2:06cr48-VPM
                                                    )
EARLENE V. HAWLEY              )

## **ORDER**

Upon consideration of the Defendant's Motion to Continue (Doc. #6), filed on

15 May 2006, it is

ORDERED that the defendant's motion to continue the arraignment set for

16 May 2006 is DENIED.

DONE this 15ᵗʰ day of May 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE