| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 5/16/06 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:18 - 10:27 |
| | COURT REPORTER: |

√ ARRAIGNMENT   ❒ CHANGE OF PLEA   ❒ CONSENT PLEA
❒ RULE 44(c) HEARING   ❒ SENTENCING

---

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:06cr48-VPM   **DEFENDANT NAME:** Earlene V. Hawley
**AUSA:** Capt. Neil Frazier   **DEFENDANT ATTORNEY:** Barry Elvin Teague
Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? ( √ )NO; ( )YES   Name:

---

❒ This is defendant's **FIRST APPEARANCE.**
❒ **FINACIAL AFFIDAVIT EXECUTED.** <u>*ORAL MOTION FOR APPT OF COUNSEL*</u>
❒ <u>*ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*</u>
❒ **WAIVER OF INDICTMENT** executed and filed.
❒ **INFORMATION** filed.
❒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   √ Not Guilty   ❒ Nol Contendere
   ❒ Not Guilty by reason of insanity
   ❒ Guilty as to:
      ❒ Count(s):
      ❒ Count(s):   ❒ dismissed on oral motion of USA
         ❒ to be dismissed at sentencing

❒ Written plea agreement filed   ❒ **ORDERED SEALED**
❒ **ORAL ORDER** Accepting Guilty Plea and Adjudicationg Defendant Guilty as to Count
x **MISDEMEANOR CRIMINAL TRIAL TERM:** 7/17/06
x **DISCOVERY DISCLOSURE DATE:** 5/19/06   CONSENT DATE: 7/10/06
❒ **ORDER:** Defendant continued under ❒ same bond; ❒ summons; for:
      ❒ Trial on _____; ❒ Sentencing on _____
❒ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ❒ Posting a $_____ bond;
      ❒ Trial on _____; or ❒ Sentencing on _____
❒ Rule 44 Hearing:   ❒ Waiver of Conflict of Interest Form executed
         ❒ Defendant requests time to secure new counsel
x WAIVER of Speedy Trial.