IN THE UNITED STATES DISTRICT COURT **RECEIVED**
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION 2006 JUN 22 P 12: 08

UNITED STATES OF AMERICA        *

                                        *      DEBRA P. HACKETT, CLK

VS.                               *        U.S. DISTRICT COURT

                                        *     MIDDLE DISTRICT ALA. CR. No. 2:06-CR-48-VP

EARLENE V. HAWLEY                *

### DEFENDANT'S MOTION TO CONTINUE

COMES NOW the defendant, by and through her undersigned attorney, and moves this Honorable Court to continue the case herein scheduled for July 17, 2006, and as grounds therefor shows as follows:

1.     That inasmuch as the defendant herein is a 75 year old woman with no criminal convictions and the case involved theft of $8.00 worth of merchandise at the Maxwell AFB base exchange, the undersigned counsel applied Mrs. Hawley for the U.S. Attorney's Pretrial Diversion on or about April 5, 2006.

2.     That the U.S. Attorney's Office is considering said application at this time; however, they have not received a response from U.S. Probation concerning the background check the U.S. Attorney requested on Ms. Hawley.

3.     The U.S. Attorney, therefore, does not oppose the granting of this requested continuance.

WHEREFORE, the defendant respectfully moves this Honorable Court to grant the continuance for the reasons set forth above.

 

_____
BARRY E. TEAGUE, [TEA003]
ATTORNEY FOR DEFENDANT

ADDRESS OF COUNSEL:

Barry Teague, Esq.
138 Adams Avenue
Post Office Box 586
Montgomery, AL  36101
(334) 834-4500; FAX 834-4501

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the United States Attorney and any other counsel of record by placing same in the U.S. Mail, postage prepaid and addressed as shown below, on June 22, 2006.

**Hon. Kent B. Brunson**
**Assistant U.S. Attorney**
**Post Office Box 197**
**Montgomery, AL  36101**

BARRY E. TEAGUE